1

2

3

4

5

6

7

8                  **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ANTHANEY L. NORVELL,                    No.  2:25-cv-1754-DMC-P

12              Plaintiff,

13         v.                                 ORDER GRANTING IN FORMA PAUPERIS
                                              STATUS AND DIRECTING PAYMENT OF
14    HAVEN,                                  FILING FEES

15              Defendant.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to proceed in forma

19    pauperis, ECF No. 5.  Plaintiff has submitted a declaration that makes the showing required by 28

20    U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, granted.

21         To:    Sacramento County Mail Jail, Attn:  Inmate Trust Accounts
                  651 I Street, Sacramento, California 95814:
22

23              Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.

24    In addition to any initial partial filing fee required to be assessed, Plaintiff will be obligated to

25    make monthly payments in the amount of twenty percent of the preceding month's income

26    credited to Plaintiff's inmate trust account.  The agency referenced above is required to send to

27    the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's inmate

28    trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

1

1  $350.00 is paid in full.  <u>See</u> 28 U.S.C. § 1915(b)(2).

2         Accordingly, IT IS HEREBY ORDERED as follows:

3         1.      Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 5, is

4  granted.

5         2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

6  action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1).

7         3.      The director of the agency referenced above, or a designee, shall collect

8  from Plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

9  of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

10  to be clearly identified by the name and number assigned to this action.

11         4.      Thereafter, the director of the agency referenced above, or a designee, shall

12  collect from Plaintiff's inmate trust account the balance of the filing fee by collecting monthly

13  payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

14  preceding month's income credited to Plaintiff's inmate trust account and forwarding payments to

15  the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

16  U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such

17  payments to be clearly identified by the name and number assigned to this action.

18         5.      The Clerk of the Court is directed to serve a copy of this order and a copy

19  of Plaintiff's signed in forma pauperis affidavit to the address shown above.

20         6.      The Clerk of the Court is further directed to serve a copy of this order on

21  the Financial Department of the Court.

22

23  **Dated:  July 24, 2025**

24  _____

25  DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE

26

27

28

2